**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01398-CR
No. 05-12-01687-CR

**DARIUS EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-71377-X, F10-51415-X**

## ORDER

Appellant's September 18, 2013 motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.


/s/     LANA MYERS
         JUSTICE